# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| 2221 MEDITERRANEAN SEA TRUST, A NEVADA TRUST,<br><br>Appellant,<br>vs.<br>NATIONSTAR MORTGAGE LLC,<br>Respondent. | No. 77359<br><br>**FILED**<br><br>JUL 27 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Kerry Louise Earley, District Judge
      James A. Kohl, Settlement Judge
      The Law Office of Mike Beede, PLLC
      Snell & Wilmer, LLP/Tucson
      Snell & Wilmer/Phoenix
      Snell & Wilmer, LLP/Las Vegas
      Snell & Wilmer LLP/Salt Lake City
      Eighth District Court Clerk